IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARCUS PAYTON,

    Petitioner,

  v.

LOUIS WILLIAMS, II,

    Defendant.

Case No. 17-cv-487-wmc

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent Louis Williams, II against petitioner Marcus Payton denying his motion for post-conviction relief under 28 U.S.C. § 2241.

| s/ J. Friedl, Deputy Clerk | 12/20/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |